UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMISON HAWES,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED BUSINESS SERVICES,<br><br>Defendant. | 1:17-CV-12927-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## ORDER OF DISMISSAL

On April 9, 2018, the Court was notified that the parties had reached a resolution in this matter. Parties were directed to submit a stipulation and proposed order of dismissal. Parties have taken no further action. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

DATED this 19th day of June, 2018.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon parties of record on June 19, 2018, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644