UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMISON HAWES,

        Plaintiff(s),                           Case No. 17-12927

v.                                               Judge Terrence G. Berg

ALLIED BUSINESS SERVICES,        Magistrate Judge Patricia T. Morris

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __22__, filed __6/19/2018__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __AMANDA CHUBB__ at __(313) 234-2644__.

DAVID J. WEAVER, CLERK OF COURT

Dated: June 19, 2018                         /S/A.CHUBB
                                                     Deputy Clerk